# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

IN RE: ADOPTION OF L.L.B., A MINOR : No. 19 WM 2020
              :
              :
PETITION OF: J.H., NATURAL FATHER :

## ORDER

**PER CURIAM**

  **AND NOW**, this 27th day of March, 2020, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.